# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

LLOYD SPOTTED BLANKET

_____ )
*Plaintiff* )
v. )                    Civil Action No.   2:16-CR-00001-LRS
COMMISSIONER OF SOCIAL SECURITY )
)

_____
*Defendant*

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 20) is DENIED.
The Commissioner's decision is REVERSED and REMANDED.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   LONNY R. SUKO _____ pursuant to
Sentence four of 42 U.S.C. §405(g) and §1383(c)(3).

Date:  05/23/2017 _____          *CLERK OF COURT*

                                           SEAN F. McAVOY
                                           _____

                                           s/ Allison Yates
                                           _____
                                           *(By) Deputy Clerk*

                                           Allison Yates
                                           _____